IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TODD P. MOORE                                                                                              PLAINTIFF

v.                                              No. 2:16-CV-2258

NANCY A. BERRYHILL, Acting
Commissioner Social Security Administration                                                    DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 12) from United States Magistrate Judge Mark E. Ford. The Magistrate recommends that the Court grant Defendant's unopposed motion to remand. No objections have been filed, and though the deadline to object has not passed, because the motion was unopposed and the Magistrate recommends that it be granted, the Court need not wait to rule on this matter. The Court finds that the Magistrate's report and recommendation is proper, contains no clear error, and should be and hereby is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that Defendant's unopposed motion to remand (Doc. 11) is GRANTED and this case is remanded to the Commissioner for further administrative action pursuant to sentence four of 42 U.S.C. § 405(g).

IT IS SO ORDERED this 30th day of May, 2017.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE